**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In Re:

MIGUEL MATOS, SR.                                CHAPTER 13
DAISY T MATOS

                                CASE NO.   6:11-bk-01425-KSJ

    Debtors.
_____/

## NOTICE OF APPEARANCE

COMES NOW, the firm of TRIPP SCOTT P.A. and files this Notice of Appearance as counsel of record for BAC Home Loans Servicing LP, a creditor in the above-styled cause, and requests:

1.    That the firm be added to the Matrix as:

        BAC Home Loans Servicing LP
        c/o John G. Bianco, III, Esq.
        TRIPP SCOTT, PA
        110 SE 6th Street, 15th Floor
        Fort Lauderdale, FL 33301

2.    That the firm be provided copies of all pleadings filed herein.

        TRIPP SCOTT P.A.
        110 SE 6TH Street, 15th Floor
        Fort Lauderdale, FL 33301
        Tel: 954-525-7500
        Fax: 954-761-8475
        bankruptcynoticecenter@trippscott.com

         /s John G. Bianco, III, Esquire
        John G. Bianco, III, Esquire
        Fla. Bar No.:  0886955

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the Notice of Appearance was filed and provide by U.S 1st Class or electronic mail to Miguel Matos, Sr. and Daisy T Matos, 107 Wentwood Drive, Debary, FL 32713; David E Abeles, Law Office of David E Abeles, LLC, 5 West Highbanks Road, DeBary, FL 32713; Laurie K Weatherford, Trustee, Post Office Box 3450, Winter Park, FL 32790, on this 1st day of March, 2011.

         /s John G. Bianco, III, Esquire
        John G. Bianco, III, Esquire