UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  
**MIGUEL MATOS** and  
**DAISY T. MATOS**,  
    Debtor(s).  
_____/

CASE NO.:   **6:11-bk-01425**

_____  **Chapter 13 Plan**          __X__   **Amended Chapter 13 Plan**

    COMES NOW, the Debtors and files their Amended Chapter 13 Plan. The projected disposable income of the Debtors is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtors shall pay the following sums to the Chapter 13 Standing Trustee:

## PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1- 6 (02/24/2011 – 07/24/2011) | $2,050.00 |
| 7 – 60 (08/24/2011 – 01/24/2016) | $2,100.00 |

    The Debtors shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtors' name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

## PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees:**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| | | | |

**Priority Claims:**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee. There are no other priority claims.

**Secured Claims:**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| BAC Home Loans | $146,838.89 | $933.72 | 1 - 60 |
| Fifth Third Bank | $ 16,166.30 | $230.13 | 1 – 60 |
| CarMax Auto Finance | $   3,767.96 | $ 75.41 | 1 – 60 |
| Independent Bank | $ 25,656.74 | $469.00 | 1 – 60* |

*Maturity date on car loan is 04/26/2016, payments to extend beyond plan term*

**Secured Arrearage:** None

**Secured Gap Payments:** None

**Property to Be Surrendered:**

| **Creditor Name:** | **Property Address:** |
|---|---|
| CitiMortgage, Inc. | 6260 Country Fair Circle |
| Country Fair at Boynton HOA | Boynton Beach, Florida |

**Valuation of Security:** None

**Executory Contracts:** None

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: __7__ %

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtors).

## CERTIFICATE OF SERVICE

We hereby certify that a true and correct copy of the Amended Chapter 13 Plan of Debtors was furnished by United States mail, postage prepaid, to all Creditors and Parties in Interest as listed on the Court's Matrix as attached hereto, this __14__ day of __July__, 2011.

_____  
MIGUEL MATOS, Debtor

_____  
DAISY T. MATOS, Joint Debtor

_____  
DAVID E. ABELES, ESQUIRE  
Florida Bar No. 812870  
Law Office of David E. Abeles, LLC  
5 West Highbanks Road  
DeBary, Florida 32713  
Telephone: (386) 668-8511  
Facsimile: (386) 668-0100  
Attorney for Debtors

| 1st pmt date | | 10/28/2009 Unsecured | | Debtor Pmt | 10.0% Tee Fee | BAC Home Loans | Fifth Third Bank | Car Max Auto Finance | Independent Bank |
|---|---|---|---|---|---|---|---|---|---|
| plan term | 60 | | 60 | | | | | | |
| 2/24/2011 | 1 | $136.74 | | $2,050.00 | $205.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 3/24/2011 | 2 | $136.74 | | $2,050.00 | $205.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 4/24/2011 | 3 | $136.74 | | $2,050.00 | $205.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 5/24/2011 | 4 | $136.74 | | $2,050.00 | $205.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 6/24/2011 | 5 | $136.74 | | $2,050.00 | $205.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 7/24/2011 | 6 | $136.74 | 6 at | $2,050.00 | $205.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 8/24/2011 | 7 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 9/24/2011 | 8 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 10/24/2011 | 9 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 11/24/2011 | 10 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 12/24/2011 | 11 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 1/24/2012 | 12 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 2/24/2012 | 13 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 3/24/2012 | 14 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 4/24/2012 | 15 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 5/24/2012 | 16 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 6/24/2012 | 17 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 7/24/2012 | 18 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 8/24/2012 | 19 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 9/24/2012 | 20 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 10/24/2012 | 21 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 11/24/2012 | 22 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 12/24/2012 | 23 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 1/24/2013 | 24 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 2/24/2013 | 25 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 3/24/2013 | 26 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 4/24/2013 | 27 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 5/24/2013 | 28 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 6/24/2013 | 29 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 7/24/2013 | 30 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 8/24/2013 | 31 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 9/24/2013 | 32 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 10/24/2013 | 33 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 11/24/2013 | 34 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 12/24/2013 | 35 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 1/24/2014 | 36 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 2/24/2014 | 37 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 3/24/2014 | 38 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 4/24/2014 | 39 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 5/24/2014 | 40 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 6/24/2014 | 41 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 7/24/2014 | 42 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 8/24/2014 | 43 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 9/24/2014 | 44 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 10/24/2014 | 45 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 11/24/2014 | 46 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 12/24/2014 | 47 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 1/24/2015 | 48 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 2/24/2015 | 49 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 3/24/2015 | 50 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 4/24/2015 | 51 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 5/24/2015 | 52 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 6/24/2015 | 53 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 7/24/2015 | 54 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 8/24/2015 | 55 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 9/24/2015 | 56 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 10/24/2015 | 57 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 11/24/2015 | 58 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 12/24/2015 | 59 | $181.74 | | $2,100.00 | $210.00 | 933.72 | 230.13 | 75.41 | 469.00 |
| 1/24/2016 | 60 | $181.74 | 54 at | $2,100.00 | $210.00 | 933.72  60 at | 230.13  60 at | 75.41  60 at | 469.00 |
| $$ to unsecured | | $10,634.40 | | $125,700.00 | $12,570.00 | $56,023.20 | $13,807.80 | $4,524.60 | $28,140.00 |
| total unsecured | | $500.00 | | | | | | | *Car note maturity |
| Percent | | 2127% | | | | | | | date is 04/26/2016 |

```
Label Matrix for local noticing           B-Line, LLC                              BAC Home Loans Servicing LP
113A-6                                    P.O. Box 91121                           Tripp Scott PA
Case 6:11-bk-01425-KSJ                    Dept. 550                                c/o John G. Bianco, III, Esq.
Middle District of Florida                SEATTLE, WA 98111-9221                   110 SE 6th Street
Orlando                                                                            15th Floor
Mon Jul 18 11:29:15 EDT 2011                                                       Fort Lauderdale, FL 33301-5004

CR Evergreen II, LLC                      Carmax Auto Finance                      Florida Dept of Labor and Security
MS 550                                    Dennis LeVine & Associates, P.A.         Hartman Building, Suite 307
PO Box 91121                              c/o Dennis J. LeVine                     2012 Capital Circle, Southeast
Seattle, WA 98111-9221                    PO Box 707                               Tallahassee, FL 32399-6583
                                          Tampa, FL 33601-0707

Florida Dept of Revenue                   IRS                                      Daisy T Matos
P.O. Box 6668                             Centralized Insolvency Operations        107 Wentwood Drive
Tallahassee, FL 32314-6668                P.O. Box 7346                            Debary, FL 32713-3290
                                          Philadelphia, PA 19101-7346


Miguel Matos Sr.                          PRA  Receivables Management LLC            CitiMortgage, Inc.
107 Wentwood Drive                        POB 41067                                P.O. Box 689196
Debary, FL 32713-3290                     Norfolk, VA 23541-1067                   Des Moines, IA
                                                                                   50368-9196


ARM                                       AllianceOne Receivables                  American Coradius Int'l LLC
PO Box 129                                PO Box 3100                              2420 Sweet Home Rd #150
Thorofare, NJ 08086-0129                  Southeastern, PA 19398-3100              Buffalo, NY 14228-2244


American Express                          American Express Centurion Bank          American InfoSource LP as agent for WFNNB
PO Box 360001                             c o Becket and Lee LLP                    as assignee of
Fort Lauderdale, FL 33336-0001            POB 3001                                 Brylane Home
                                          Malvern, PA 19355-0701                   PO Box 248872
                                                                                   Oklahoma City, OK  73124-8872

American InfoSource LP as agent for WFNNB BAC Home Loans Servicing, LP             BACK BOWL I LLC
 as assignee of                           Post Office Box 650070                   C O Weinstein And Riley, PS
Victoria's Secret                         Dallas, TX 75265-0070                    2001 Western Avenue, Ste 400
PO Box 248872                                                                      Seattle, Wa 98121-3132
Oklahoma City, OK  73124-8872

BP                                        Bank of America Home Loans               Best Buy
Cardmember Service                        PO Box 650070                            HSBC Retail Services
PO Box 94014                              Dallas, TX 75265-0070                    PO Box 5238
Palatine, IL 60094-4014                                                            Carol Stream, IL 60197-5238


Brian K. Szilvasy, Esquire                Brylane Home                             CANDICA L.L.C
3030 Hartley Road, Suite 150              PO Box 659728                            C O Weinstein And Riley, PS
Jacksonville, FL 32257-8210               San Antonio, TX 78265-9728               2001 Western Avenue, Ste 400
                                                                                   Seattle, Wa 98121-3132


CENTRAL FLORIDA REGIONAL HOSPITAL         Capital Mgmt Services                    Capital One Bank USA
c/o B-Line, LLC                           726 Exchange St #700                     PO Box 71083
MS 550                                    Buffalo, NY 14210-1464                   Charlotte, NC 28272-1083
PO Box 91121
Seattle, WA 98111-9221
```

| | | |
|---|---|---|
| CarMax Auto Finance<br>PO Box 440609<br>Kennesaw, GA 30160-9511 | Cardiovascular Center<br>c/o PHG Financial Recovery<br>4950 W Kennedy Blvd #101<br>Tampa, FL 33609-1828 | Carmax Auto Finance<br>Bankruptcy Department<br>P.O. Box 440609<br>Kennesaw, GA 30160-9511 |
| Central Fla Regional Hosp<br>PO Box 740771<br>Cincinnati, OH 45274-0771 | Chase<br>Cardmember Services<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Chase Bank USA<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Citi<br>PO Box 653095<br>Dallas, TX 75265-3095 | CitiMortgage, Inc.<br>PO Box 6006<br>The Lakes, NV 88901-6006 |
| Citibank<br>PO Box 120<br>Buffalo, NY 14220-0120 | Country Fair at Boynton HOA<br>c/o Banyan Property Mgmt Inc<br>2328 S. Congress Ave #1C<br>West Palm Beach, FL 33406-7671 | David Nussear, MD<br>PO Box 918982<br>Orlando, FL 32891-0001 |
| Department Stores National Bank/Macys<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 | East Coast Hospital<br>2500 W Lake Mary Blvd<br>Lake Mary, FL 32746-3501 | Fifth Third Bank<br>P.O. Box 829009<br>Dallas, TX 75382-9009 |
| (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | First Federal Credit Control<br>2470 Chagrin Blvd #205<br>Beachwood, OH 44122 | Firstsource Advantage LLC<br>PO Box 628<br>Buffalo, NY 14240-0628 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida Neurology PA<br>PO Box 864342<br>Orlando, FL 32886-0001 | GAP Visa/GEMB<br>PO Box 960017<br>Orlando, FL 32896-0017 |
| GE Money Bank<br>PO Box 981064<br>El Paso, TX 79998-1064 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | GE Money Bank/Arrow Finan<br>PO Box 960061<br>Orlando, FL 32896-0061 |
| HSBC Gold Mastercard<br>PO Box 5222<br>Carol Stream, IL 60197-5222 | HSBC Retail Services<br>PO Box 5238<br>Carol Stream, IL 60197-5238 | Hilley & Wyant-Cortez PA<br>860 US Highway One, Ste 108<br>North Palm Beach, FL 33408-3825 |
| Home Depot Credit Services<br>Processing Center<br>Des Moines, IA 50364-0500 | Independent Bank<br>5050 Poplar Ave St<br>Memphis, TN 38157-0101 | Independent Bank<br>5050 Poplar Avenue, Suite 112<br>Memphis TN 38157-0112 |

| | | |
|---|---|---|
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | JCPenney<br>PO Box 960090<br>Orlando, FL 32896-0090 | JPMorgan Chase<br>Legal Dept<br>PO Box 9622<br>Deerfield Beach, FL 33442-9622 |
| Law Ofc Curtis O Barnes<br>PO Box 1390<br>Anaheim, CA 92815-1390 | Lead Edge Recovery Sol LLC<br>5440 N Cumberland Ave #300<br>Chicago, IL 60656-1486 | Lowes/GEMB<br>PO Box 530914<br>Atlanta, GA 30353-0914 |
| MRS Associates<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003-2016 | Macy's<br>PO Box 689195<br>Des Moines, IA 50368-9195 | Main Street Acquisition Corp.<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| Marks Gray<br>PO Box 447<br>Jacksonville, FL 32201-0447 | Mercantile Adj Bureau<br>PO Box 9016<br>Buffalo, NY 14231-9016 | Miguel Matos<br>6260 Country Fair Cr<br>Boynton Beach, FL 33437-2822 |
| Morris Hardwick Schneider<br>5110 Eisenhower Blvd<br>Tampa, FL 33634-6340 | NCO Financial<br>PO Box 15609<br>Wilmington, DE 19850-5609 | Neurohealth Center<br>415 W. Golf Rd #16<br>Arlington Heights, IL 60005-3923 |
| Northland Group<br>PO Box 390846<br>Minneapolis, MN 55439-0846 | OAK HARBOR CAPITAL II LLC<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Profess Bur of Collect of MD<br>PO Box 628<br>Elk Grove, CA 95759-0628 | Sheridan Radiology Services<br>PO Box 452047<br>Fort Lauderdale, FL 33345-2047 | Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 |
| WFNNB<br>PO Box 182273<br>Columbus, OH 43218-2273 | WFNNB - Victoria's Secret<br>PO Box 659728<br>San Antonio, TX 78265-9728 | Wachovia Card Services<br>PO Box 563966<br>Charlotte, NC 28256-3966 |
| Walmart/GEMB<br>PO Box 530927<br>Atlanta, GA 30353-0927 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 | Wells Fargo Card Services<br>PO Box 6412<br>Carol Stream, IL 60197-6412 |
| West Asset Mgmt<br>PO Box 790113<br>Saint Louis, MO 63179-0113 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | David E Hicks +<br>Dennis LeVine & Associates, PA<br>PO Box 707<br>Tampa, FL 33601-0707 |

| | | |
|---|---|---|
| Dennis J. LeVine + <br> Dennis LeVine & Associates <br> Post Office Box 707 <br> Tampa, FL 33601-0707 | Linh K Tran + <br> B-Line LLC <br> 2101 Fourth Avenue <br> Sutie 1030 <br> Seattle, WA 98121-2352 | David E Abeles + <br> Law Office of David E Abeles, LLC <br> 5 West Highbanks Road <br> DeBary, FL 32713-2863 |
| John G Bianco III+ <br> Tripp Scott PA <br> 110 SE 6th Street 15th Floor <br> Fort Lauderdale, FL 33301-5004 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fifth Third Bank <br> PO Box 630778 <br> Cincinnati, OH 45263-0778 | Portfolio Recovery Associates, LLC <br> PO Box 41067 <br> Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC <br> POB 41067 <br> Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Karen S. Jennemann <br> Orlando | (d)CR Evergreen II, LLC <br> MS 550 <br> PO Box 91121 <br> Seattle, WA 98111-9221 | (d)Miguel Matos <br> 6260 Country Fair Cr <br> Boynton Beach, FL 33437-2822 |

End of Label Matrix <br>
Mailable recipients   93 <br>
Bypassed recipients    3 <br>
Total                 96