**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

In Re:  
Daisy T Matos  
Miguel Matos, Sr.  
        Debtor(s),

Case No: 11-01425-KSJ  
Chapter 13

**NOTICE OF APPEARANCE**

CitiMortgage, Inc., its Successors and/or Assigns, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**R. Mark Peery, Esquire**
**Morris|Hardwick|Schneider, LLC**
**9409 Philadelphia Road**
**Baltimore, Maryland  21237**

Dated this 18th day of August, 2011.

    By: _/s/ R. Mark Peery_  
    R. Mark Peery   FBN: 26766  
    Morris|Hardwick|Schneider, LLC  
    Attorney for Secured Creditor  
    9409 Philadelphia Road  
    Baltimore, Maryland  21237  
    Tel: (410)-284-9600  
    Fax: (410)-282-1677  
    mpeery@closingsource.net

This is an attempt to collect a debt and any information obtained may be used for that purpose.
FL-97003224-10

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Appearance has been served either by electronic transmission or by United States first class mail postage prepaid to the following:

Daisy T Matos
Miguel Matos, Sr.
107 Wentwood Drive
Debary, FL 32713
Debtor(s)


Dated this 18th day of August, 2011.

            By:   /s/ R. Mark Peery
              R. Mark Peery   FBN: 26766
              Morris|Hardwick|Schneider, LLC
              Attorney for Secured Creditor
              9409 Philadelphia Road
              Baltimore, Maryland  21237
              Tel: (410)-284-9600
              Fax: (410)-282-1677
              mpeery@closingsource.net

This is an attempt to collect a debt and any information obtained may be used for that purpose.
FL-97003224-10